UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



FILED
JAN 2 2 2019
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

---

CORI QUINN,

                          Plaintiff,

    v.

THE BOARD OF EDUCATION OF THE CALEDONIA-MUMFORD CENTRAL SCHOOL DISTRICT, PAUL ESTABROOKS, INDIVIDUALLY AND AS AIDER AND ABETTOR and ROBERT MOLISANI, SUPERINTENDENT, INDIVIDUALLY AND AS AIDER AND ABETTOR

                          Defendants.

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Case No. 17-cv-06790 FPG-JWF

---

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the undersigned, the attorneys of record for all of the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued on the merits and with prejudice, without costs to any party as against the other.

Dated: January 17, 2019

SO ORDERED THIS __17__ DAY OF __Jan__ 20__19__

_____
HON. FRANK P. GERACI, JR.
Chief U.S. District Judge

HARRIS BEACH PLLC

By: ___s/ Joshua D. Steele___
    Joshua D. Steele
    *Attorneys for Defendants*
    99 Garnsey Road
    Pittsford, New York 14534
    Telephone: (585) 419-8800
    E-Mail: jsteele@harrisbeach.com

Dated: January 18, 2019

                                          **UNDERBERG & KESSLER LLP**

                              By: s/ Jennifer A. Shoemaker
                                          Jennifer A. Shoemaker, Esq.
                                          UNDERBERG & KESSLER LLP
                                          *Attorneys for Plaintiff*
                                          300 Bausch & Lomb Place
                                          Rochester, New York 14604
                                          jshoemaker@underbergkessler.com

IT IS SO ORDERED.

Dated: January ___, 2019

_____
Hon. Frank P. Geraci, Jr.
Chief United States District Court Judge